No. 83–2076. POLLARD v. BOARD OF POLICE COMMISSIONERS ET AL. Sup. Ct. Mo.; and

No. 84–322. REMINICK ET AL. v. MALTZ ET AL. Ct. App. N. Y. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 84–5266. CHAMBERS v. AMERICAN GREETINGS CORP. C. A. 8th Cir.; and

No. 84–5340. CUMMINGS v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Motions of petitioners for leave to proceed in forma pauperis denied. Petitioners are allowed until October 30, 1984, within which to pay the docketing fee required by Rule 45(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in Brown v. Herald Co., 464 U. S. 928 (1983), we would deny the petitions for writs of certiorari without reaching the merits of the motions to proceed in forma pauperis.

No. 84–5294. IN RE COOPER; and

No. 84–5382. IN RE THAPER. Petitions for writs of mandamus denied.

No. 84–5310. IN RE FORRESTER. Petition for writ of prohibition denied.

No. 84–76. HUNTER ET AL. v. UNDERWOOD ET AL. Appeal from C. A. 11th Cir. Probable jurisdiction noted.

No. 84–231. HOOPER ET AL. v. BERNALILLO COUNTY ASSESSOR. Appeal from Ct. App. N. M. Probable jurisdiction noted.